# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2007

133333 & (73) (74)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN WOLF and DARLENE WOLF,
     Plaintiffs-Appellants,

v

HOMECOMINGS FINANCIAL NETWORK,
INC.,
     Defendant-Appellee.

SC: 133333
COA: 270169
Jackson CC: 06-000036-CH

_____/

     On order of the Court, the motions for immediate consideration and for stay are GRANTED. The application for leave to appeal the December 19, 2006 judgment of the Court of Appeals remains pending.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2007

_____
Clerk